# EXHIBIT B

**Paragon**

## AMENDMENT TO DISTRIBUTION AGREEMENT

This Amendment to the Distribution Agreement (the "Amendment") is entered into as of July 11, 2025 (the "Amendment Effective Date"), by and between Alliant Enterprises, LLC ("Alliant") and Paragon 28, Inc. ("Paragon").

WHEREAS, Paragon and Alliant entered into a Distribution Agreement dated October 1, 2016 (the "Agreement"). The Parties now desire to amend the Agreement in certain particulars.

NOW THEREFORE, in consideration of the mutual promises set forth in this Amendment and other good and valuable consideration, the Parties agree to the following terms.

1.  <u>Appointment</u>. Paragraph 1(a) of the Agreement, is hereby deleted and replaced with the following:

    "<u>Appointment</u>. Subject to the terms and conditions of this Agreement, Paragon hereby appoints Alliant as its non-exclusive distributor to market and promote sales of the Products to Customers, unless otherwise specified by the Parties. Notwithstanding the foregoing, the Parties hereto acknowledge and agree the sales representatives of Paragon or their independent agents, as applicable, shall communicate with Customers regarding Product specifications. The Customers shall be responsible for placing Product orders with Alliant."

2.  Unless expressly modified by this Amendment, all other provisions in the Agreement will remain unchanged and in full force and effect.

IN WITNESS WHEREOF the Parties have caused the Amendment to be executed by their duly authorized representatives as of the Effective Date set forth above.

**ALLIANT ENTERPRISES, LLC**

Signature: _Robert W. Taylor, Manager_

Print Name: Robert W. Taylor, Manager

Title: Manager

Date: 8/15/2025

**PARAGON 28, INC.**

Signature: _AJ Starsiak_          Date: 15-Aug-2025 | 4:39 PM EDT

AJ Starsiak/Manager of Senior National Accounts