## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

PARAGON 28, INC.,
a Colorado corporation,

        Plaintiff,

vs.

ALLIANT ENTERPRISES, LLC,
a Michigan limited liability company,

        Defendant.

Case No. 1:26-cv-762-PLM-SJB

Hon. Paul L. Maloney

---

## CONSENT JUDGMENT

This matter having come before the Court upon Plaintiff, Paragon 28, Inc. ("Plaintiff") and Defendant, Alliant Enterprises, LLC ("Defendant") (collectively, the "Parties"), stipulation to the entry of this Consent Judgment, and the Court being advised in the premises;

**IT IS FURTHER ORDERED AND ADJUDGED** that a money judgment is entered in favor of Plaintiff and against Defendant in the sum amount of $3,163,290.25 (USD) (the "Judgment Amount") under Count I (Breach of Contract) of the Complaint [DK #1].

**IT IS FURTHER ORDERED** that Count II (Statutory Conversion) is dismissed.

2

**IT IS FURTHER ORDERED** that interest shall accrue on the Judgment Amount, pursuant to 28 USC § 1961, until the Judgment Amount has been paid in full.

**IT IS FURTHER ORDERED** that this Consent Judgment is not appealable and the Fed. R. Civ. P. 62(a) stay period is hereby waived.

*This is a final order and closes the case.*

                    /s/ Paul L. Maloney
                    _____
                    Hon. Paul L. Maloney
                    United States District Judge

Dated:        April  27, 2026

3